UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-12-M-1

FILED IN OPEN COURT
ON 6/7/2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA,

VS.

ORDER

HECTOR LUCIANO PEREZ VALENZUELA.

IT IS HEREBY ORDERED that the following government exhibits admitted into evidence on June 7, 2023, be turned over to the case agent, Garrett Harris, to be retained in his custody until this case is completed, including any matters on appeal:

| Exhibit No. | Description |
| --- | --- |
| 1 | Fentanyl |
| 38 | Pills |
| 39 | Fentanyl |
| 40 | Fentanyl |
| 41 | Fentanyl |
| 42 | Fentanyl Packaging |

This 7th day of June, 2023.

Richard E. Myers II
Chief U.S. District Judge

Agent's signature: _____