IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CR-12-1M

FILED IN OPEN COURT
ON 6/7/2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HECTOR LUCIANO PEREZ ) | |
| VALENZUELA, ) | |
| Defendant. ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $162.00 plus tip in the amount of $15.00 for a total of $177.00 . The clerk is DIRECTED to pay Jimmy Johns the sum of $177.00 using the Court's purchase credit card.

SO ORDERED this the 7th day of June , 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE