IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CR-12-1M

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>HECTOR LUCIANO PEREZ　 )<br>VALENZUELA,　　　　　　　)<br>　　　　　　　　　Defendant. ) | **ORDER** |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $168.42 plus tip in the amount of $15.00 for a total of $183.42 . The clerk is DIRECTED to pay Jimmy Johns the sum of $183.42 using the Court's purchase credit card.

SO ORDERED this the 8th day of June , 2023.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE